# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 177

State of North Dakota,

Plaintiff and Appellee

v.

Gracious Jamesetta Weah,

Defendant and Appellant

### No. 20220361

Appeal from the District Court of Barnes County, Southeast Judicial District, the Honorable Jay A. Schmitz, Judge.

AFFIRMED.

Per Curiam.

Marina Spahr, Attorney General's Office, Bismarck, ND, for plaintiff and appellee; sumbitted on brief.

Samuel A. Gereszek, Grand Forks, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Gracious Weah appeals from the district court's judgment entered after a jury convicted her of aggravated assault with permanent loss or impairment and reckless endangerment with extreme indifference. Weah argues the jury lacked evidence supporting a finding she acted intentionally and her fellow employees regularly acted below the minimum standards set by their employer's policies.

[¶2]   "In reviewing challenges to the sufficiency of the evidence on appeal, the defendant 'bears the burden of showing the evidence reveals no reasonable inference of guilt when viewed in the light most favorable to the verdict.'" *State v. Rai*, 2019 ND 71, ¶ 13, 924 N.W.2d 410 (citing *State v. Truelove*, 2017 ND 283, ¶ 7, 904 N.W.2d 342). After reviewing the record, we conclude sufficient evidence exists for a jury to find Weah committed the charged offenses. We affirm under N.D.R.App. 35.1(a)(3).

[¶3]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr